UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THOMAS LANING, SHANNON LANING, RICHARD KING, TAMMY KING, GILBERT STADLER and CHERYL STADLER,**

      **Plaintiffs,**

v.                                             **Case No:  6:14-cv-128-Orl-41GJK**

**ORANGE LAKE COUNTRY CLUB INC., WILSON RESORT MANAGEMENT CORP., WILSON RESORT FINANCE, LLC and ORANGE LAKE COUNTRY CLUB VILLAS CONDOMINIUM ASSOCIATION III, INC.,**

      **Defendants.**

_____/

**ORDER**

THIS CAUSE came before the Court upon individual Plaintiff Shannon Laning's Opposed Motion for Voluntary Dismissal Without Prejudice (Doc. 42).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation prepared by the United States Magistrate and filed on June 12, 2014 (Doc. 45).  The Report and Recommendation is hereby **ADOPTED** and **CONFIRMED** and incorporated into this Order.  Plaintiff Shannon Laning's claim is hereby dismissed without prejudice and without conditions.  The Clerk is directed to remove Shannon Laning from the style of the case.

**DONE** and **ORDERED** in Orlando, Florida, on July 16, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties